IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MICHAEL C. SMART, | § |
| Plaintiff, | § § § |
| v. | §  CAUSE NO. EP-22-CV-23-KC |
| EDCO PROPERTIES, INC. et al., | § § § |
| Defendants. | § |

### FINAL JUDGMENT

In accordance with the Court's Order adopting in part the Magistrate Judge's Report and Recommendation and granting Defendants' Motion to Dismiss, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's civil case is **DISMISSED**.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 25th day of March, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE